UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 23 2000

Michael N. Milby, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HI-ENERGY BOILER CO., INC. | § | CASE NO. 99-35591-H4-11 |
| | § | |
| Debtor | § | |
| | § | |
| | § | |
| ROBBYE R. WALDRON, TRUSTEE | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | ADVERSARY NO. 99-3574 |
| | § | |
| ANGLO AMERICAN METALS | § | |
| | § | |
| Defendant | § | |

H - 00 - 2139

**DEFAULT JUDGMENT**

**CAME ON** for consideration the Motion of Robbye R. Waldron, Trustee for Entry of Order of Default Judgment against Defendant Anglo American Metals.  The Court having considered this Motion, the findings of fact and conclusions of law of the Honorable Bankruptcy Judge William Greendyke and it appearing that the Defendant, although properly served with Summons and Complaint in this proceeding, has failed to appear or timely file an Answer herein as required by law; is of the opinion that the findings of fact and conclusions of law should be adopted by this Court and that Plaintiff should have judgment against the Defendant Anglo American Metals.  It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Plaintiff, Robbye R. Waldron, Chapter 11 Trustee for the Estate of Hi-Energy Boiler Co., Inc., have judgment against Anglo

1

#10

American Metals in the sum of Fifteen Thousand Nine Hundred dollars and no/cents

($15,900.00), together with attorney's fees in the sum of One Thousand Two Hundred and

No/100ths Dollars ($1,200.00) costs of court incurred herein, and post judgment interest at the

federal judgment rate as allowable on the date of entry of this judgment from judgment until paid.

Let all writs necessary to enforce this judgment issue.

All relief not granted herein be hereby denied.

SIGNED this _20th_ day of _____June_____ , 2000

United States District Court
S I G N E D

JUN 2 0 2000

Judge Lynn N. Hughes

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

WALDRON, SCHNEIDER & TODD, P.C.

By: _____
Kelley G. Loud
State Bar No. 07898700
David W. Anderson
State Bar. No. 01174350
University Park
15150 Middlebrook Drive
Houston, Texas  77058
(281) 488-4438
(281) 488-4597 Fax

ATTORNEY FOR PLAINTIFF

2